UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AL OTRO LADO, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 1:23-cv-01525 |

**JOINT STATUS REPORT**

Plaintiff Al Otro Lado, Inc. and Defendant Immigration and Customs Enforcement ("ICE"), by counsel and pursuant to the Court's October 5, 2023, order, respectfully submit this joint status report:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit are certain records allegedly covered by 5 U.S.C. § 552(a)(2). On October 8, 2021, Plaintiff submitted a FOIA request to ICE seeking native format production of all agency FOIA logs for the period between October 1, 2017, and September 30, 2021. Plaintiff filed suit on May 27, 2023, to seek production of these logs. ECF No. 1. Plaintiff then amended its complaint on July 19, 2023, to allege that ICE had improperly withheld other records covered by § 552(a), specifically final opinions and orders, statements of policy and interpretation not published in the Federal Register, and administrative staff manuals and instructions. ECF No. 13. Defendant answered the First Amended Complaint on September 19, 2023. ECF No. 16. On September 25, 2023, Plaintiff submitted a new FOIA request to Defendant for the § 552(a)(2) records sought in its First Amended Complaint: FOIA logs, final opinions and orders, unpublished statements of policy and interpretation, administrative

staff manuals and instructions, and other records required to be disclosed under § 552(a)(2)(A)–(E).

2.      On October 4, 2023, in accordance with the Court's September 20, 2023, Minute Order, the parties submitted a joint proposed schedule. ECF No. 18. The parties reported their agreement that Plaintiff would file a Second Amended Complaint to include the new FOIA request either (a) on or after October 31, 2023, or (b) immediately if Defendant denies the request, whichever occurs first. On October 25, 2023, ICE sent a letter to Plaintiff acknowledging receipt of the new FOIA request and indicating its understanding that Plaintiff would file a Second Amended Complaint on or after October 31, 2023. Plaintiff will file its Second Amended Complaint no later than November 17, 2023.

3.      The parties also reported their agreement that ICE would make monthly rolling productions of the non-exempt portions of the requested FOIA logs. The parties stated that ICE made an initial production on September 6, 2023, of an excel spreadsheet providing the FOIA logs for the period between January 2018 and March 2018. On October 6, 2023, ICE issued its second interim production directing Plaintiff to FOIA logs, covering the period through June 2020, that ICE had recently posted online to its FOIA library in the course of processing a similar FOIA request from another FOIA requester. ICE advised that it was working to ensure that those posted logs were complete and fully responsive to Plaintiff's FOIA request as well, and that it would update Plaintiff on these efforts and produce any updates to the posted FOIA logs on a monthly rolling basis.

4.      Through this work, ICE recently determined that its first two FOIA log productions were incomplete because (1) the first production only reflected activity taken between January 2018 and March 2018 on FOIA requests, not all requests received during this period, and (2) the

second production of logs up through June 2020 contained only completed requests and not all received requests. ICE apologizes for the inadvertent errors and is working to correct them. It is currently pulling reports for all received and closed FOIA requests between 2018 and the present-day.

5. The parties previously reported that they disagreed about the processing rate for the monthly productions of FOIA logs but were negotiating on the issue and seeking to resolve it without the Court's intervention. The parties have reached agreement. ICE previously represented that it was on track to conclude the monthly productions of logs on November 6, 2024. But through its work to resolve the above-described production issue, ICE has developed an approach for applying necessary Exemption 6 and 7 redactions to the FOIA logs that saves it from needing to engage in a time-intensive, manual review and redaction of many thousands of excel spreadsheet cells on an individual basis. ICE anticipates that its new processing approach will enable it to produce all the requested FOIA logs by January 31, 2024.

6. Pursuant to the Court's order, ECF No. 19, the parties will submit a joint status report on February 8, 2024.

Dated:  November 9, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*


/s/ Andrew Fels
Andrew Fels, Esq. TN #036005
3214 Fountain Park Blvd.
Knoxville, TN 37917
865-567-4881
fels@detentionkills.org

/s/ Patrick Taurel
Patrick Taurel, Esq. DC # 741700
Grossman Young & Hammond, LLC
4922 Fairmont Avenue, Suite 200
Bethesda, MD
ptaurel@grossmanyoung.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice