**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AL OTRO LADO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> *Defendant*. | Civil Action No. 1:23-cv-01525 |

**SUPPLEMENTAL DECLARATION OF FERNANDO PINEIRO**

1.      My name is Fernando Pineiro, and I am the Director of the U.S. Immigration and Customs Enforcement ("ICE") Freedom of Information Act ("FOIA") Office. I have held this position since August 14, 2022, and I am the ICE official immediately responsible for supervising ICE responses to requests for records under FOIA, 5 U.S.C § 552, the Privacy Act, 5 U.S.C. § 552a, and other applicable records access statutes and regulations. Prior to this position, I was the Deputy FOIA Officer of the ICE FOIA Office from December 29, 2013, to August 13, 2022, and prior to that I was the FOIA Officer for three years at the Office for Civil Rights and Civil Liberties at the U.S. Department of Homeland Security ("DHS").

2.      I am familiar with the FOIA requests and Complaint filed by Plaintiff Al Otro Lado, Inc., seeking disclosure of records subject to 5 U.S.C § 552(a)(2), FOIA's reading room provision. *See* September 25, 2023, FOIA Request, ECF No. 21-1; Second Amended Compl. ¶ 143, ECF No. 21.

- 
-

3.      The statements contained in this declaration are based upon my personal knowledge, my review of documents kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

## FOIA IMPROVEMENT ACT

4.      In my last declaration, dated November 25, 2024, I indicated that ICE applied FOIA Exemptions (b)(2), b(6),(b)(7)(C), and (b)(7)(E) to withhold records in part or in full. ECF No. 31-1 ¶ 32. With respect to the withholdings in full, ICE applied FOIA Exemption (b)(7)(E) to withhold 16 manuals totaling 833 pages and 74 policies totaling 751 pages. *Id.*

5.      ICE FOIA only withholds information when the agency reasonably foresees that disclosure would harm an interest protected by an exemption or disclosure is prohibited by law, in accordance with the FOIA Improvement Act of 2016, which codified the Department of Justice's foreseeable harm standard that ICE has been following.

6.      In this case, with respect to FOIA Exemption (b)(7)(E), the agency reasonably foresees that disclosure would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.

## SEGREGABILITY

7.      5 U.S.C. § 552(b) requires that "[a]ny reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt."

8.      A line-by-line review was conducted to identify information exempt from disclosure or for which a discretionary waiver of exemption could and should be applied.

- 
- 

2

9.      With respect to the records that were released, all information not exempted from disclosure pursuant to the FOIA exemptions specified above was correctly segregated and non-exempt portions were released. ICE did not withhold any non-exempt information on the grounds that it was non-segregable.

**ICE FOIA'S WORK ON PROACTIVE DISCLOSURES SINCE NOVEMBER 25, 2024**

10.     The ICE FOIA Office has seen a surge in incoming requests, averaging a 45% increase per week since January 20, 2025, over FY25 incoming weekly requests prior to the inauguration.  In addition, ICE FOIA has been subject to the government hiring freeze and has been unable to fill any vacancies since January 2025

11.     Nonetheless, from November 25, 2024, to July 17, 2025, the ICE FOIA Office proactively disclosed 250 documents, all posted to the ICE FOIA Library, to include FOIA Logs, IGSA's, Handbooks, Policies, Guidance, etc.[1]

**FOIA LOGS**

12.     Since my last declaration, dated November 25, 2024, the ICE FOIA Office uploaded to the ICE FOIA Library FOIA Logs on December 11, 2024, and on June 9, 2025. Since January of 2024, the ICE FOIA Office has routinely uploaded the FOIA logs in batches of multiple months at a time, even though the FOIA statute does not mandate a schedule for the FOIA logs to be posted online, and ICE FOIA has generally posted them online every six months.

**PLAINTIFF'S LIST OF SIX UNPUBLISHED DOCUMENTS**

13.     On June 24, 2025, Plaintiff asserted that Defendant ICE failed to publicly post the following documents online. ECF No. 40 at 10.  Plaintiff's documents 1 and 6 are not responsive

- 
[1] https://www.ice.gov/foia/library
- 
3
-

records pursuant to (a)(2) of the FOIA. Document 1, titled "Unaccompanied Alien Children Joint Initiative Field Implementation" is a white paper recommending to leadership on how to proceed with an issue. The very last page of the document states "Staff Responsible for White Paper." Document 6 appears to be a cropped, untitled, and undated email. Cropped, untitled, undated, and unsigned emails are not typically final agency policies nor qualify as a staff instruction or manual. This specific email discusses what ERO officers "should consider", or "may process", or "should review" regarding their duties under the INA.

14.     Documents 3 and 4 were already posted online as of June 24, 2025. Document 3 was posted on the dhs.gov website[2] and document 4 was posted on the ice.gov website[3]. As a courtesy, the ICE FOIA Office placed a copy of document 3 in the ICE FOIA Library on July 15, 2025. Document 4 was taken down from the ice.gov website[4] as of July 15, 2025. A new guidance document regarding visits to DHS facilities is being worked on. As a result, document 4 is not responsive to (a)(2) of the FOIA because it is not current agency policy nor a current staff manual that affects a member of the public. Once the new guidance has been finalized, it will be posted to the ICE FOIA Library.

15.     Document 2 was an email dated February 10, 2025. On June 25, 2025, a FOIA Deputy Director conducted a search of her Microsoft Outlook email and provided the ICE FOIA Office with a copy of the February 10, 2025 email. The ICE FOIA Office posted the responsive record to the ICE FOIA Library on July 24, 2025.

---

[2] https://www.dhs.gov/sites/default/files/2025-05/ICE%20Facility%20Visitation%20-%20Congressional.pdf
[3] https://www.ice.gov/doclib/detention/iceFacilityVisitationCongressional.pdf
[4] https://www.ice.gov/doclib/detention/iceFacilityVisitationCongressional.pdf

16.     Document 5 was an email dated April 26, 2025. The ICE FOIA Office tasked Homeland Security Investigations (HSI) on June 26, 2025, to provide the email and any other similar staff instructions or policies to the ICE FOIA Office for posting the ICE FOIA Library. HSI provided a response on July 7, 2025, noting that all HSI Student and Exchange Visitor Program (SEVP) policies and manuals are already posted online.[5]  As a courtesy, the ICE FOIA Office placed a copy of the HSI SEVP policies and manuals in the ICE FOIA Library on July 15, 2025 and on July 17, 2025.

## ADDITIONAL SEARCHES

17.     On June 26, 2025, in the interest of transparency, the ICE FOIA Office re-tasked the program offices that had previously conducted searches and provided responsive records in this case, specifically, HSI, Office of Regulatory Affairs and Policy (ORAP), ERO, and Office of the Chief Financial Officer (OCFO) with the instruction to provide any new responsive records that have been created since the last search was conducted, to the ICE FOIA Office for posting to the ICE FOIA Library no later than July 11, 2025.

18.     On July 7, 2025, after conducting a search, HSI provided the ICE FOIA Office with six (6) new responsive records that have been created since the last search was conducted and had not been previously posted to the FOIA Library.  The ICE FOIA Office posted the responsive records to the ICE FOIA Library on July 25, 2025.

19.     On July 11, 2025, a FOIA Paralegal Specialist conducted a search of the Office of Regulatory Affairs and Policy (ORAP) ICE Policy Manual (IPM) and provided the ICE FOIA Office with three (3) new responsive records that have been created since the last search was

---

[5] https://www.ice.gov/sevis/schools

conducted and had not been previously posted to the FOIA Library. The ICE FOIA Office posted the responsive records to the ICE FOIA Library on July 28, 2025.

20.    On July 14, 2025, after conducting a search, ERO provided the ICE FOIA Office with seven (7) new responsive records that have been created since the last search was conducted and had not been previously posted to the FOIA Library. The ICE FOIA Office posted the responsive records to the ICE FOIA Library on July 28, 2025.

21.    On July 8, 2025, after conducting a search, OCFO advised the ICE FOIA Office that no new responsive records had been created since the last search was conducted.

**ICE'S PROACTIVE DISCLOSURE DIRECTIVE**

22.    In my last declaration, dated November 25, 2024, I stated that "ICE is also working to draft a new agency directive related to statements of policy and interpretations and administrative staff manuals and instructions subject to FOIA's reading room provision, and it anticipates finalizing this directive by the end of this year. The new directive is intended to give guidance on how ICE program offices should provide the ICE FOIA Office with copies of any new policies and manuals when they are created, such that the ICE FOIA Office can then proactively post those items online as expeditiously as possible and enable the agency to continue to fulfill its statutory duty to regularly update its ICE FOIA reading room." ECF No. 31-1 ¶ 36.

23.    On March 4, 2025, the DHS Chief Privacy Officer and Chief FOIA Officer, issued a memorandum for all Component Heads within DHS, titled "Departmental Compliance for Promoting Transparency and Accountability and Compliance with (a)(2) of the Freedom of Information Act." *See* Exhibit A.

- 
-

24. On July 25, 2025, the ICE Deputy FOIA Officer for Operations emailed all ICE FOIA POCs reminding them of the agency's responsibility to proactively disclose records to comply with (a)(2) of the Freedom of Information Act, and attached a copy of the March 4, 2025, DHS memorandum.

25.    ICE continues to work on the new agency directive related to statements of policy and interpretations and administrative staff manuals and instructions subject to FOIA's reading room provision, which will now incorporate the March 4, 2025, DHS memorandum.


I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the above statements are true and correct to the best of my knowledge.

Signed this 29th day of July, 2025.


_____
Fernando Pineiro, FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009