

Privacy Office
U.S. Department of Homeland Security
Washington, DC 20528

March 4, 2025

MEMORANDUM FOR COMPONENT HEADS

FROM: Roman Jankowski
Chief Privacy Officer and Chief FOIA Officer

SUBJECT: **Departmental Compliance for Promoting Transparency and Accountability and Compliance with (a)(2) of the Freedom of Information Act.**

___

**Purpose:** To ensure compliance with the President's memorandum titled, "Radical Transparency about Wasteful Spending."[1]

**Background:** On February 18, 2025, President Trump issued a memorandum for the heads of executive departments and agencies to take appropriate actions to make public, to the maximum extent permitted by law and as the heads of agencies deem appropriate, the complete details of every terminated program, cancelled contract, terminated grant, or any other discontinued obligation of Federal funds.

**Action Required:** In furtherance of the President's agenda and pursuant to my authority as the Chief FOIA Officer, you are required to include the following categories of records on your agency websites and link them to your respective electronic reading rooms:

1. Executed contracts and grants.
2. Historical[2] daily schedules of senior agency officials[3] (notated to reflect that officials may have deviated from the posted schedule and abridged as appropriate).
3. Management directives and instructions.
4. Finalized policy related to agency functions.
5. Congressional correspondence under DHS control.
6. FOIA logs.
7. Frequently requested records, including records that have been, or are likely to become, the subject of three or more FOIA requests.

___

[1] *Available at*: https://www.whitehouse.gov/presidential-actions/2025/02/radical-transparency-about-wasteful-spending/
[2] *Historical schedules* concern past events that are of importance to the agency such as meetings with other members of leadership, Congress or diplomatic members.
[3] *Senior agency officials* are determined by the Office of the Chief Information Officer as qualifying for permanent email retention based on their policy-making position.

Departmental Compliance for Promoting Transparency and Accountability and Compliance with (a)(2) of the Freedom of Information Act.
Page 2

8. Records likely of public interest, including those related to public events and disaster responses.

In addition to posting these required categories of records, components and offices must proactively post additional records that provide transparency into operations. Components may interpret this additional subset of records to be anything not already requested or records not related to a visible public event or large coordinated agency effort. This subset of records may fluctuate to reflect trends and is ultimately at the discretion of the component to deem of potential public interest.

To ensure accountability and consistent implementation across the Department in alignment with the Administration's priorities, Components and offices are required to describe their activities to implement this guidance in their monthly report.